United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LUKE MICHAELIS,

    Plaintiff,

v.

WELLS FARGO BANK, CAL WESTERN RECONVEYANCE CORPORATION, DOES 1-X, inclusive,

    Defendants.
_____/

No. C 11-00537 JSW

**ORDER SETTING BRIEFING SCHEDULE ON WELLS FARGO BANK'S MOTION TO DISMISS**

    This matter is set for a hearing on June 24, 2011 at 9:00 a.m. on Defendant Wells Fargo Bank's motion to dismiss. The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than **May 23, 2011** and a reply brief shall be filed by no later than **June 3, 2011**.

    Failure to oppose the motion may result in **dismissal** of this action. The Case Management Conference scheduled for May 27, 2011 at 1:30 p.m. is VACATED and shall be reset by further order, if necessary.

    If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order

demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: May 3, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUKE MICHAELIS,<br><br>        Plaintiff,<br><br>  v.<br><br>WELLS FARGO BANK et al,<br><br>        Defendant.                 / | Case Number: CV11-00537 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 3, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Luke Michaelis
746 Great Highway #1
San Francisco, CA 94121

Dated: May 3, 2011

Richard W. Wieking, Clerk
  By: Jennifer Ottolini, Deputy Clerk