ANGLIN FLEWELLING RASMUSSEN CAMPBELL & TRYTTEN LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUKE MICHAELIS,<br><br>    Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, CAL WESTERN RECONVEYANCE CORPORATION, DOES 1-X, INCLUSIVE,<br><br>    Defendants. | CASE NO.: 3:11-CV-00537-JSW<br><br>[The Honorable Jeffrey S. White]<br><br>**JUDGMENT OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

On February 14, 2012, Plaintiff Luke Michaelis and Defendant WACHOVIA MORTGAGE, a division of WELLS FARGO BANK, N.A., successor by merger of Wachovia Mortgage, FSB, formerly known as World Savings Bank, FSB ("Wachovia"), named in the Complaint as Wells Fargo Bank, filed a joint request for dismissal as to the entire action (Document No. 44).

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. This action is dismissed with prejudice.
2. Plaintiff Luke Michaelis shall take nothing.
3. Each party is to bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: March 27, 2012

_____
HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE